```
Docketed
Copies / NTC Sent
JS - 5 / JS - 6
JS - 2 / JS - 3
CLSD

/ Priority
/ Send
/ Clsd
/ Enter
/ JS-5/JS-6
__ JS-2/JS-3
```

FILED
MAR 19 2004
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CENTRAL SOUTHERN DIVISION
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; ARISTA RECORDS, INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>　　　　　　　　Plaintiffs,<br>　v.<br>LISA DICKERSON,<br>　　　　　　　　Defendant. | Case No.: SACV03-1343 DOC (MLGx)<br><br>Hon. David O. Carter<br><br>[~~PROPOSED~~] DEFAULT JUDGMENT ~~AND PERMANENT INJUNCTION~~ |

ENTERED
MAR 22 2004
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA OFFICE
BY _____ DEPUTY

Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

1. Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Six Thousand Dollars ($6,000.00).

1

2. Defendant shall pay Plaintiffs' costs of suit herein in the amount of Two Hundred Dollars ($200.00).

DATED: March 19, 2004         By: /s/ David O. Carter
                                  Hon. David O. Carter
                                  United States District Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18, and not a party to the within action; my business address is Mitchell Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, CA 90064-1683.

On March 19, 2004, I served the foregoing document(s) described as **[PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION** on the parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows, and taking the action described below:

Lisa Dickerson
7652 Crescent Avenue, #16
Buena Park, CA 90620

☐ **BY FAX:** Instead of placing a copy of the document in a sealed envelope,] I sent a copy of the above-described document(s) via telecopier to each of the individuals set forth above, at the following facsimile telephone numbers:

☐ **BY OVERNIGHT MAIL:** I deposited the above-described document(s) with ___ in the ordinary course of business, by depositing the document(s) in a box regularly maintained by ____ or delivering the document(s) to an authorized driver for the carrier, in an envelope designated by the carrier with delivery fees provided for, addressed as shown above.

☐ **BY PERSONAL DELIVERY:** I caused personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth above.

☒ **BY PLACING FOR COLLECTION AND MAILING:** I sealed and placed the envelope(s) for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at 11377 West Olympic Boulevard, Los Angeles, CA 90064-1683 in the ordinary course of business.

Executed on March 19, 2004, at Los Angeles, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Sunni Donmoyer